# FILED

MAY 12 2020

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | | |
|---|---|---|
| In re: | ) | BAP No.   OR-20-1086 |
| DENNIS RAYBOULD, | ) | Bk. No.   6:20-bk-60205-TMR |
| Debtor. | ) | |
| | ) | |
| DENNIS RAYBOULD, | ) | |
| Appellant, | ) | |
| v. | ) | **ORDER DISMISSING APPEAL** |
| NALIKO MARKEL, Chapter 13 Trustee, | ) | |
| Appellee. | ) | |

Before:  SPRAKER, TAYLOR, and FARIS, Bankruptcy Judges.

The Panel received and considered appellant's response to the BAP clerk's notice of deficient appeal regarding the timing of the filing of the notice of appeal.

This is an appeal from the order entered March 19, 2020, dismissing appellant' chapter 13 case.  The notice of appeal was filed April 8, 2020, six days beyond the fourteen-day deadline provided by Fed. R. Bankr. P. 8002(a).  While appellant's excuse regarding delayed notice by mail might have been grounds for a motion for extension of time to appeal, the time to request such

extension from the bankruptcy court expired on Thursday, April 23, 2020.  *See* Fed. R. Bankr. P. 8002(d)(1).

The timely filing of a notice of appeal from a bankruptcy court order is a jurisdictional requirement.  *See Wilkins v. Menchaca (In re Wilkins)*, 587 B.R. 97 (9th Cir. BAP 2018).  "Lack of notice of the entry does not affect the time to appeal or relieve or authorize the court to relieve a party for failure to appeal within the time allowed, except as permitted in Rule 8002."  Fed. R. Bankr. P. 9022(a).  The Panel has no discretion to accept the late-filed appeal.

Because the appeal is untimely it is hereby ORDERED DISMISSED for lack of jurisdiction.